No. 84–1728.   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* FEDERAL LABOR RELATIONS AUTHORITY ET AL.   C. A. D. C. Cir.   [Certiorari granted, 472 U. S. 1026.]   Motion of petitioner to dispense with printing the joint appendix granted.

No. 84–1803.   ATTORNEY GENERAL OF NEW YORK *v.* SOTO-LOPEZ ET AL.   C. A. 2d Cir.   [Probable jurisdiction noted, *ante,* p. 903.]   Motion of appellant to dispense with printing the joint appendix denied.

No. 84–6005.   WILLIAMS *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, 472 U. S. 1018.   Petition for rehearing denied.

No. 84–1720.   HOLDING *v.* SOVRAN BANK, EXECUTOR AND TRUSTEE OF THE ESTATE OF MUSE, *ante,* p. 911.   Petition for rehearing denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.

SEPTEMBER 19, 1985

No. 84–1929.   INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* ZEMBOWER ET AL.   C. A. 11th Cir.   Certiorari dismissed under this Court's Rule 53.

SEPTEMBER 20, 1985

No. 85–209.   UNITED STATES *v.* MOLSBERGEN.   C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.